*In re* EUGENIO GUARDIOLA RAMÍREZ.

*Número:* TS-10668      *Resuelto:* 6 de febrero de 2004

*Eugenio Guardiola Ramírez*, peticionario.

## RESOLUCIÓN

Atendida la moción en cumplimiento de orden del abogado Eugenio Guardiola Ramírez, *se autoriza la reinstalación al ejercicio de la abogacía.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*